THE MERITAS REALTY COMPANY, Respondent, v. EDSON J. FARLEY, Appellant, Impleaded with Another.

Meritas Realty Co. v. Farley, 166 App. Div. 420, affirmed.

(Argued October 24, 1918; decided November 12, 1918.)

APPEAL from a judgment entered June 4, 1915, upon an order of the Appellate Division of the Supreme Court

in the second judicial department reversing a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was brought to foreclose a bond and mortgage made by the defendant to plaintiff to secure the payment of a part of the purchase price of seven lots of land situate at Westbury in the county of Nassau. The answer set up that the bond and mortgage was procured by the fraud and misrepresentations of plaintiff and contained a counterclaim for money paid by defendant to plaintiff upon the purchase of the mortgaged premises with interest. The action was tried without a jury, and judgment was entered in favor of defendant upon all the issues canceling the bond and mortgage as fraudulent and void and awarding judgment in favor of defendant and against plaintiff upon the counterclaim. The Appellate Division reversed all the findings of the trial court in respect to the alleged fraud, misrepresentation and counterclaim, and made the usual findings for the foreclosure of the bond and mortgage and sale of the premises in question.

*Edson A. Hayward* for appellant.

*Henry W. Benton* and *Franklin A. Rowe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan and McLaughlin, JJ. Absent: Crane, J.